UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY LEONARD WETZEL,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>WARDEN ISIDRO BACA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:18-cv-00114-MMD-VPC<br><br>ORDER |

Petitioner has filed a motion for enlargement of time. (ECF No. 4.) Good cause appearing, it is ordered that Petitioner's motion for enlargement of time (ECF No. 4) is granted. Petitioner will have through May 21, 2018 to pay the filing fee.

DATED THIS 27th day of April 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE