# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY LEONARD WETZEL,<br><br>　　　　Petitioner,<br>　v.<br>WARDEN ISIDRO BACA, *et al.*,<br><br>　　　　Respondents. | Case No. 3:18-cv-00114-MMD-VPC<br><br>ORDER |

Good cause appearing, Respondents' motion for enlargement of time (first request) (ECF No. 11) is granted. Respondents will have through October 5, 2018, to file a response to the Petition (ECF No. 8).

DATED THIS 6th day of August 2018.

　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE