UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GARY LEONARD WETZEL,

                              Petitioner,

        v.

WARDEN ISIDRO BACA, *et al.*,

                              Respondents.

Case No. 3:18-cv-00114-MMD-CBC

ORDER

        Good cause appearing, it is ordered that Petitioner's motion for enlargement of time (first request) (ECF No. 16) is granted. Petitioner will have thirty days from the date of entry of this order to file a response to the motion to dismiss (ECF No. 14).

        DATED THIS 17th day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE